In the Matter of the Probate of the Will of JAMES M. CONNER, Deceased.

HENRIETTA J. CONNER et al., Individually, and as Executors of JAMES M. CONNER, Deceased, Appellants, *v.* ALFRED V. CONNER et al., Respondents.

*Matter of Conner*, 6 App. Div. 594, affirmed.
(Argued January 11, 1898; decided January 25, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1896, affirming a decree of the Surrogate's Court of the city and county of New York admitting a will to probate.

*George W. Stephens* for appellants.

*William H. Hamilton* and *S. C. Baldwin* for respondents.

Order affirmed, with costs, on opinion below.
All concur.

---

In the Matter of the Final Accounting of VAULX CARTER, as Assignee of THE COWLES ENGINEERING COMPANY.

F. B. VANDERGRIFT et al., Creditors, Appellants, *v.* N. T. BACON et al., Respondents.

*Matter of Carter*, 21 App. Div. 118, affirmed.
(Submitted January 10, 1898; decided January 25, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 18, 1897, affirming a decree of the County Court of Kings county confirming the report of a referee upon the final accounting of an assignee for the benefit of creditors.

*H. G. Harris* for appellants.

*William H. Shepard* and *H. B. Closson* for respondents.

Order affirmed, with costs, and the appeal of creditors other than the Interstate Steamboat Company and Vandergrift dismissed, with costs; no opinion.
All concur.